# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
_____X

SANDRA DE LA CRUZ, Administratrix of the
Estate of ANDY HENRIQUEZ,
                      Plaintiff,

v.

THE CITY OF NEW YORK, NYC DOCS C.O.
MIGUEL ACOSTA, NYC DOCS C.O. NICHOLAS
ALVAREZ, NYC DOCS C.O. WANDA ROSA,
NYC DOCS C.O. MAGALIE PEREZ,
NYC DOCS CAPTAIN WINSTON DECLET,
NYC DOCS CAPTAIN ALEXIS PARILLA,
ROMMEL MONTILUS, M.D., PA JOAN DOWNES,
RPA TREVOR GOLBOURNE,
MONICA STAHLMAN, THOMAS RYAN,
LPN WIN MOUK, RACHEL ZINNS, M.D.,
PA DANIEL ASHITEY,
& CORIZON HEALTH, INC.,

                      Defendants.
_____X

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 13 cv 7391 (PAE)

TO:

| | |
|---|---|
| THE CITY OF NEW YORK<br>100 Church Street<br>New York, NY 10007 | CAPTAIN ALEXIS PARILLA, Shield # 1485<br>New York City Department of Corrections<br>Division I and II Trailers<br>320 Madanici Road<br>East Elmhurst, NY 11370 |
| C.O. MIGUEL ACOSTA, Shield # 15230<br>New York City Department of Corrections<br>Bronx Court Division<br>215 East 161st Street<br>Bronx, NY 10461 | ROMMEL MONTILUS, M.D.<br>P.A. JOAN DOWNES<br>R.P.A. TREVOR GOLBOURNE<br>MONICA STAHLMAN<br>THOMAS RYAN, |
| NICHOLAS ALVAREZ<br>674 East 149th Street, Apartment 3G<br>Bronx, NY 10455 | L.P.N. WIN MOUK<br>RACHEL ZINNS, M.D.<br>P.A. DANIEL ASHITEY |
| C.O. WANDA ROSA, Shld # 7154;<br>C.O. MAGALIE PEREZ, Shld # 12177;<br>CAPT. WINSTON DECLET, Shld #652<br>New York City Department of Corrections<br>Otis Bantam Correctional Facility<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | CORIZON HEALTH, INC.<br>49-04 19th Avenue<br>Astoria, NY 11105<br><br>CORIZON HEALTH, INC.<br>49-04 19th Avenue<br>Astoria, NY 11105 |

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY: GIORDANO LAW OFFICES, PLLC

226 Lenox Avenue
New York, NY 10027
(212) 406-9466

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK                                                                                          DATE

BY DEPUTY CLERK

Case 1:13-cv-07391-PAE   Document 53   Filed 04/09/14   Page 2 of 4

# RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and Complaint was made by me |  |
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

      Served personally upon the defendant. Place where served: _____

      Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

      Returned unexecuted: _____

      Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information

contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____

Date                Signature of Server

Address of Server